TUCKER | ARENSBERG
Attorneys

Beverly Weiss Manne 412.594.5525
bmanne@tuckerlaw.com

August 18, 2026

**Via Certified, First-Class Mail and E-Mail (jyehling@tenhealthcare.com)**

Jessica Yehling
Thyroid Specialty Laboratory, Inc.
d/b/a Ten Healthcare
1636 Headland Dr.
Fenton, Missouri 63026

**RE: Fisher Scientific Company, L.L.C.**
**Past Due Invoices for Ten Healthcare Account No. 060713**
**DEMAND FOR PAYMENT**

Dear Ms. Yehling:

This office represents Fisher Scientific Company, L.L.C. ("Fisher"). Fisher advises that Thyroid Specialty Laboratory, Inc. d/b/a Ten Healthcare ("Ten Healthcare") purchased a substantial amount of products from Fisher between March 11, 2025 and July 24, 2026. Those products were delivered to Ten Healthcare, but Ten Healthcare has failed to pay for them and currently has an overdue balance of $640,324.31 due. Additional invoices that have been issued and are not yet due, that will bring the entire amount owed to Fisher to **$698,247.66** (the "Obligations").

Ten Healthcare promised to bring the Obligations current this year. But instead, you have requested complete forgiveness of the Obligations. Please be advised that proposal is not acceptable to Fisher. ***The entire amount of the Obligations is totally and immediately due and owing and you are expected to immediately repay the Obligations in full.***

If the Obligations are not immediately fully paid, Fisher will take such actions as it deems appropriate to enforce its rights which may include, among other actions, filing suit against Ten Health.

If you are unable to make immediate payment of the entire balance and you wish to discuss a good faith resolution of Ten Health's payment obligation, you may contact me at 412.594.5525. In such case, I will expect to hear from you, or if you have an attorney from your attorney, within the next ten days or we will proceed to file suit.

Please be advised however, unless and until a written agreement is signed to evidence any agreement, the foregoing offer to discuss payment accommodations is NOT an agreement to accept less than immediate payment in full of the Obligations, nor is it a waiver of Ten Health's defaults or of Fisher's rights and remedies.

Thank you for your most immediate attention to this matter.

Sincerely,

Beverly Weiss Manne

EXHIBIT
tabbies
C

TADMS:21681735-2 019761-106862